

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00078-CV

**NABORS DRILLING TECHNOLOGIES USA, INC.,**
Appellant

v.

Leslie Wayne **RATLIFF** and Shannon Ratliff,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 15-05-00091-CVL
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Each party shall bear their respective costs. *See* TEX. R. APP. P. 42.1(d).

SIGNED September 25, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice